**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | |
|---|---|
| JOSEPH MACK BATTLE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:17-cv-00131-JDL |
| ) | |
| MAINE DEPARTMENT OF ) | |
| HUMAN SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 14) with the court on May 30, 2017, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired June 20, 2017, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ACCEPTED**. The Plaintiff's Complaint (ECF No. 1) is **DISMISSED**.

SO ORDERED.

Dated this 28th day of June 2017.

                                                              /s/ Jon D. Levy
                                                             U.S. DISTRICT JUDGE